IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIS DODE EUBANKS                                                                                    PLAINTIFF

           v.                          Civil No. 10-5005

SGT. RANDY CLARK, Centerton Police Department;
OFFICER RON D. YOUSEY, Centerton Police
Department; SGT. J. VAUGHN, Benton County
Detention Center; NURSE M. SMITH, Benton County
Detention Center; DEPUTY D. LARKIN, Benton County
Detention Center; DETECTIVE CODY HARPER,
Centerton Police Department; DEPUTY JEREMIAH
COTTON, Benton County Detention Center; and
DR. HUSKINS, Benton County Detention Center                                           DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

This is a civil rights action filed by the Plaintiff pursuant to the provisions of 42 U.S.C. § 1983.  Plaintiff proceeds *pro se* and *in forma pauperis*.

On June 6, 2011, the parties filed a joint motion to dismiss the case due to settlement (Doc. 114).  I recommend that the motion (Doc. 114) be granted.  I further recommend that the Court retain jurisdiction to vacate the dismissal order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties**

-1-

**are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 9th day of June 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE